# Court of Appeals
# of the State of Georgia

ATLANTA,  June 24, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2249. ROBERT CLINTON LEMONS v. THE STATE.**

In 2014, Robert Clinton Lemons pled guilty to four counts of theft by receiving stolen property, and he was sentenced to five years, to serve two in confinement and the remainder on probation. In 2016, Lemons pled guilty to one count of attempted burglary, and he was sentenced to serve four years in confinement. In 2026, Lemons filed motions to vacate a void judgment in both cases. The trial court dismissed both motions in a single order, and Lemons appeals. We, however, lack jurisdiction.

A motion seeking to challenge an allegedly void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Any appeal from an order denying or dismissing such a motion must be dismissed. *Harper v. State*, 286 Ga. 216, 218(1), (2) (686 SE2d 786) (2009). An appeal may lie from an order denying or dismissing a motion to correct a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void. *Harper*, 286 Ga. at 217(1) n.1. A sentence is void only if it imposes punishment that the law does not allow, typically because the sentence exceeds the most severe punishment allowed by statute. See *Crumbley v. State*, 261 Ga. 610, 611(1) (409 SE2d 517) (1991); *von Thomas v. State*, 293 Ga. 569, 572(2) (748 SE2d 446) (2013).

In his amended motions to vacate a void judgment, Lemons argued that he received ineffective assistance of counsel in connection with his pleas and that he was misled about the applicable law. These are challenges to the validity of his convictions, not his sentences. See *Jones v. State*, 354 Ga. App. 29, 34–35(2) (840 SE2d 117)

(2020).

Because Lemons has not raised a colorable void-sentence claim, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/24/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*